UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SOUTHERN STATES COOPERATIVE,
INCORPORATED

v.   Civil No. 3:03 cv 702 (PCD)

EAST COAST TRANSPORT LTD., AND
C & J TRANSPORT, INC.

FILED
Oct 22  3 53 PM '03
U.S. DISTRICT COURT
CONN.

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Peter C. Dorsey, Senior, United States District Judge as a result of the plaintiff's motion to enter default judgment. On July 17, 2003, a default entered against defendants East Coast Transport Ltd., and C & J Transport, Inc. The plaintiff filed a motion to enter judgment which was granted after review on September 4, 2003.

Therefore, it is hereby ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff against the defendants East Coast Transport Ltd., and C & J Transport, Inc., in the amount of $36,844.50 and the case is closed.

Dated at New Haven, Connecticut this 22nd day of October, 2003.

KEVIN F. ROWE, Clerk
By

*Patricia A. Villano*

Patricia A. Villano
Deputy Clerk

EOD: 10/22/03